2019 FEB 19 PM 2:08

19-10834    JUDGE HARRIS

FEBURARY 18, 2019

CRYSTAL J. EVANS
690 E. 159th STREET
CLEVELAND, OH 44110

TO WHOM IT MAY CONCERN!

THIS STATEMENT IS WRITTEN TO STATE THAT I CRYSTAL J. EVANS AS OF THE DATE OF THE FILING OF THIS CHAPTER 7 BANKRUPTCY IS CURRENTLY UNEMPLOYED AND I HAVE NOT RECIEVED ANY INCOME FOR THE PAST 1 1/2 YRS. THANK YOU IN ADVANCE.

SINCERELY,

*Crystal Evans*